# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| TRINITY TANK CAR, INC., a Delaware Corporation, TRINITYRAIL MAINTENACE SERVICES, INC., a Delaware corporation, and TRINITY INDUSTRIES LEASING COMPANY, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DAVIS-FROST, INC., a Minnesota corporation, <br><br> Defendant. | Civil Action No.:  6:22-cv-22-NKM |

## ORDER

This matter comes before the Court on Defendant Davis-Frost, Inc. ("Davis-Frost")'s Consent Motion for Extension of Time to File Responsive Pleadings ("Consent Motion"). Davis-Frost requests that their deadline to file responsive pleadings be extended from June 1, 2022 to June 15, 2022. Plaintiffs consent to the extension Davis-Frost requests. Given that there is no objection to Davis-Frost's request, and because the Court believes the ends of justice will be served by allowing Davis-Frost a brief additional period to prepare its responsive pleadings, the Court **GRANTS** Davis-Frost's Consent Motion. The deadline for Davis-Frost to file their responsive pleadings is hereby extended from June 1, 2022 to June 15, 2022. The Clerk is **DIRECTED** to forward a copy of this Order to counsel for all parties.

IT IS SO **ORDERED**.

_____
Judge, United States District Court
for the Western District of Virginia

I-1887431.1

WE ASK FOR THIS:

**DAVIS-FROST, INC.**

By: \_\_\_/s/_____
Kevin L. Keller, Esquire (VSB No. 30731)
Patrick D. Blake (VSB No. 45194)
Paris H. Thompson, III (VSB No. 93809)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
kkeller@wilsav.com
pblake@wilsav.com
pthompson@wilsav.com
*Counsel for Defendant Davis-Frost, Inc.*


SEEN & AGREED:

**TRINITY TANK CAR, INC.**
**TRINITYRAIL MAINTENANCE SERVICES, INC.**
**TRINITY INDUSTRIES LEASING COMPANY**


By: \_\_\_/s/_____
Matthew B. Kirsner (VSB No. 41615)
Ashley A. Davoli (VSB No. 93466)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
mkirsner@eckertseamans.com
adavoli@eckertseamans.com
*Counsel for Plaintiffs*