# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

TRINITY TANK CAR, INC., a Delaware Corporation, TRINITYRAIL MAINTENACE SERVICES, INC., a Delaware corporation, and TRINITY INDUSTRIES LEASING COMPANY, a Delaware corporation,

    Plaintiffs,

v.

DAVIS-FROST, INC., a Minnesota corporation,

    Defendant.

Civil Action No.: 6:22-cv-22-NKM

## CONSENT MOTION FOR MODIFICATION OF EXPERT DISCLOSURE DEADLINES PROVIDED BY THE JUNE 15, 2022 PRETRIAL ORDER

COMES NOW Defendant Davis-Frost, Inc. ("Davis-Frost"), by counsel, and for its Consent Motion for Modification of Expert Disclosure Deadlines Provided by the June 15, 2022 Pretrial Order ("Consent Motion"), states as follows:

1. On June 24, 2022, counsel for the parties met for a Rule 26(f) conference. At the conference, the parties mutually agreed that it would be beneficial to extend the expert disclosure deadlines beyond those provided in the Court's June 15, 2022 Pretrial Order to allow for additional factual discovery to take place in advance of expert discovery.

2. The parties have agreed that they believe it would be beneficial for Plaintiffs' initial expert disclosure deadline to be September 16, 2022, and for Davis-Frost's initial expert disclosure deadline to be October 28, 2022.

3. The parties had additional discussions at the Rule 26(f) conference, and intend to set forth additional proposals in an agreed written plan that satisfies the requirements of Rule 26(f),

I-1893341.1

which the parties are now in the process of drafting. However, given the Court's instruction in the June 15, 2022 Pretrial Order that if no party requests changes thereto within 10 days, then the June 15, 2022 Pretrial Order will become the scheduling order of the case, the parties believe that the best course is to move now for the extension of expert disclosure deadlines which are set forth in paragraph 2 of this Consent Motion.

WHEREFORE, Davis-Frost, Inc. prays that its Consent Motion for Modification of Expert Disclosure Deadlines Provided by the June 15, 2022 Pretrial Order be granted, that the parties' expert disclosure deadlines be extended to September 16, 2022 and October 28, 2022 respectively as set forth herein, and for all other such relief as the Court deems just and proper.

Respectfully submitted,

**DAVIS-FROST, INC.**

By: ___/s/_____
Kevin L. Keller, Esquire (VSB No. 30731)
Patrick D. Blake (VSB No. 45194)
Paris H. Thompson, III (VSB No. 93809)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
kkeller@wilsav.com
pblake@wilsav.com
pthompson@wilsav.com
*Counsel for Defendant Davis-Frost, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that on this 27th day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will generate of Notice of Electronic Filing (NEF) effecting service on all counsel of record.

      Matthew B. Kirsner (VSB No. 41615)
      Ashley A. Davoli (VSB No. 93466)
      Eckert Seamans Cherin & Mellott, LLC
      919 East Main Street, Suite 1300
      Richmond, Virginia 23219
      Telephone: (804) 788-7740
      Facsimile: (804) 698-2950
      mkirsner@eckertseamans.com
      adavoli@eckertseamans.com
      *Attorneys for Plaintiffs*

      By: \_\_\_\_/s/_____
      Kevin L. Keller, Esquire (VSB No. 30731)
      Patrick D. Blake (VSB No. 45194)
      Paris H. Thompson, III (VSB No. 93809)
      Willcox & Savage, P.C.
      440 Monticello Avenue, Suite 2200
      Norfolk, Virginia 23510
      Telephone: 757.628.5500
      Facsimile: 757.628.5566
      kkeller@wilsav.com
      pblake@wilsav.com
      pthompson@wilsav.com
      *Counsel for Defendant Davis-Frost, Inc.*