CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/7/2022
JULIA C. DUDLEY, CLERK
BY:   s/ A. Little
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| TRINITY TANK CAR, INC., a Delaware Corporation, TRINITYRAIL MAINTENACE SERVICES, INC., a Delaware corporation, and TRINITY INDUSTRIES LEASING COMPANY, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DAVIS-FROST, INC., a Minnesota corporation, <br><br> Defendant. | Civil Action No.:  6:22-cv-22 |

**ORDER**

This matter comes before the Court on Defendant Davis-Frost, Inc. ("Davis-Frost")'s Consent Motion for Modification of Expert Disclosure Deadlines Provided by the June 15, 2022 Pretrial Order ("Consent Motion"). In the Consent Motion, the parties jointly request that the expert disclosure deadlines provided by the June 15, 2022 Pretrial Order be extended to allow for additional factual discovery to take place in advance of expert discovery.  For good cause shown, the Court **GRANTS** Davis-Frost's Consent Motion. The deadlines set forth in the June 15, 2022 Pretrial Order shall be amended as follows:

Plaintiffs' Initial Expert Disclosure:          September 16, 2022

Defendant's Initial Expert Disclosure:       October 28, 2022

All other deadlines set forth in the June 15, 2022 Pretrial Order will remain in place.

Enter:  July 7, 2022

IT IS SO **ORDERED**.

*Robert S. Ballou*
_____
Magistrate Judge, United States District
Court for the Western District of Virginia

2