IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

TRINTY TANK CAR, INC., a Delaware
Corporation, TRINITY RAIL
MAINTENANCE SERVICES, INC.,
A Delaware corporation, and
TRINITY INDUSTRIEDS LEASING
COMPANY, a Delaware corporation,

          *Plaintiff*

v.                            **Civil Action No. 6:22-cv-22-NKM-RSB**

DAVIS-FROST, INC.,

          *Defendant.*

DAVIS-FROST, INC.,

          *Third-Party Plaintiff*

v.

BRENNTAG SPECIALTIES, INC.;
BRENNTAG SPECIAITIES, LLC; and
BRENNTAGE NORTH AMERICA, INC.,

          *Third-Party Defendants.*

**NOTICE OF APPEARANCE**

The undersigned Mark J. Peake files his appearance on behalf of Third-Party Defendants, Brenntag Specialties, LLC and Brenntag North America, Inc. in the above-captioned matter and further requests copies of future notices in this matter.

Dated: July 12, 2022

1

Respectfully submitted,

By: /s/ Mark J. Peake
Mark J. Peake, Esquire
VSB # 29588
**Caskie & Frost, P.C.**
P. O. Box 6320
2306 Atherholt Road
Lynchburg, VA  24505
Telephone:   (434) 846-2731
Facsimile:    (434) 845-1191
mpeake@caskiefrost.com
*Attorney for Brenntag Specialties, LLC*
*and Brenntag North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will generate a Notice of Electronic Filing (NEF) effecting service on all counsel of record.

By: /s/ Mark J. Peake
Mark J. Peake, Esquire
VSB # 29588
**Caskie & Frost, P.C.**
P. O. Box 6320
2306 Atherholt Road
Lynchburg, VA  24505
Telephone:   (434) 846-2731
Facsimile:    (434) 845-1191
mpeake@caskiefrost.com
*Attorney for Brenntag Specialties, LLC*
*and Brenntag North America, Inc.*