IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| TRINITY TANK CAR, INC., a Delaware Corporation, TRINITYRAIL MAINTENANCE SERVICES, INC., a Delaware corporation, and TRINITY INDUSTRIES LEASING COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS-FROST, INC.,<br><br>Defendant.<br><hr>DAVIS-FROST, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BRENNTAG SPECIALTIES, INC.;<br>BRENNTAG SPECIALTIES, LLC; and<br>BRENNTAG NORTH AMERICA, INC.<br><br>Third-Party Defendants. | Civil Action No. 6:22-cv-22-NKM-RSB |

**ORDER ON CONSENT MOTION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANTS TO FILE RESPONSE TO THIRD-PARTY COMPLAINT**

This matter comes before the Court on third-party defendants' BRENNTAG

SPECIALTIES, INC., now known as BRENNTAG SPECIALTIES LLC and BRENNTAG

NORTH AMERICA, INC. (collectively, "Brenntag")'s Motion for Extension of Time for Third-

Party Defendants to File Response to Third-Party Complaint ("Motion"). Brenntag requests that

its deadline to answer, move, or otherwise respond to third-party plaintiff DAVIS-FROST, INC.'s ("Frost") complaint against Brenntag ("Complaint"), be extended from July 22, 2022 to August 5, 2022. Frost consents to the requested extension. Given that there is no objection to Brenntag's request, and because the Court believes the ends of justice will be served by allowing Brenntag a brief additional period to prepare its responsive pleadings, the Court GRANTS Brenntag's Motion. The deadline for Brenntag to file their responsive pleading is hereby extended from July 22, 2022 to August 5, 2022. The Clerk is DIRECTED to forward a copy of this Order to counsel for all parties.

IT IS SO ORDERED.

_____
Judge of the United States District Court
For the Western District of Virginia

WE ASK FOR THIS:

**BRENNTAG SPECIALTIES, INC.;
BRENNTAG SPECIALTIES, LLC; and
BRENNTAG NORTH AMERICA, INC.**

By: \_\_\_/s/ Mark J. Peake_____
    Mark J. Peake, Bar No. 29588
    CASKIE FROST
    2306 Atherholt Road
    Lynchburg, VA 24501
    Telephone:   434.846.2731
    Facsimile:   434.845.1191
    MPeake@caskiefrost.com

*Attorneys for Third-Party Defendants*
BRENNTAG SPECIALTIES, LLC and
BRENNTAG NORTH AMERICA, INC.

SEEN & AGREED:

**DAVIS-FROST, INC.**

By: \_\_/s/ Paris H. Thompsen, III\_\_
    Kevin L. Keller, (Bar No. 30731)
    Patrick D. Blake (Bar No. 45194)
    Paris H. Thompson, III (Bar No. 93809)
    WILLCOX & SAVAGE, P.C.
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510
    Telephone: 757.628.5500
    Facsimile: 757.628.5566
    kkeller@wilsav.com
    pblake@wilsav.com
    pthompson@wilsav.com

*Counsel for Third-Party Plaintiff*
DAVIS-FROST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on 07/12/2022 , I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will generate of Notice of Electronic Filing

(NEF) effecting service on all counsel of record.

By: /s/ Mark J. Peake
   Mark J. Peake, Bar No. 29588
   CASKIE FROST
   2306 Atherholt Road
   Lynchburg, VA 24501
   Telephone:    434.846.2731
   Facsimile:     434.845.1191

- 4 -