IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

TRINITY TANK CAR, INC., et. al.,

    *Plaintiff*

v.                                         **Civil Action No. 6:22-cv-22**

DAVIS-FROST, INC.,

    *Defendant.*

DAVIS-FROST, INC.,

    *Third-Party Plaintiff*

v.

BRENNTAG SPECIALTIES, INC.;
BRENNTAG SPECIALTIES, LLC; and
BRENNTAG NORTH AMERICA, INC.,

    *Third-Party Defendants.*

### MOTION TO RESTRICT VIEWING OF DOCKET ENTRY/DOCUMENT 29 FILED IN ERROR

**COME NOW** the Third-Party Defendants, Brenntag Specialties, Inc., Brenntag Specialties, LLC, and Brenntag North America, Inc., (hereinafter referred to as "Defendants"), by counsel, and request leave of Court to restrict viewing of docket entry/document 29 filed in error by counsel, and in support thereof states as follows:

    1.    Document 29, Third Party-Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26 (a)(1), was mistakenly filed in error by counsel on August 1, 2022.

1

2. Based upon the foregoing, Defendants' counsel herein requests that this Court issue an Order restricting viewing of Document 29.

3. A proposed Order granting the Motion is attached herein.

**WHEREFORE**, the Defendants, by counsel, respectfully request that the Court restrict viewing of Docket/Document 29, Third Party-Defendants' Initial Disclosures Pursuant to Fed. R. Civ.P26(a)(1), marking it as entered in error by counsel, and for such other relief as the Court deems appropriate.

Respectfully submitted,

BRENNTAG SPECIALTIES, INC.
BRENNTAG SPECIALTIES, LLC
BRENNTAG NORTH AMERICA, INC.

By: __/s/ Mark J. Peake_____
Mark J. Peake, Esquire
VSB # 29588
**Caskie & Frost, P.C.**
P. O. Box 6320
2306 Atherholt Road
Lynchburg, VA  24505
Telephone:   (434) 846-2731
Facsimile:   (434) 845-1191
mpeake@caskiefrost.com
*Attorney for Brenntag Specialties, Inc.,*
*Brenntag Specialties, LLC*
*and Brenntag North America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will generate a Notice of Electronic Filing (NEF) effecting service on all counsel of record.

By: /s/ Mark J. Peake
Mark J. Peake, Esquire
VSB # 29588
**Caskie & Frost, P.C.**
P. O. Box 6320
2306 Atherholt Road
Lynchburg, VA  24505
Telephone:   (434) 846-2731
Facsimile:    (434) 845-1191
mpeake@caskiefrost.com
*Attorney for Brenntag Specialties, Inc.*
*Brenntag Specialties, LLC*
*and Brenntag North America, Inc.*