CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/2/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| TRINITY TANK CAR, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> DAVIS-FROST, INC., <br><br> Defendant. | Civil Action No.  6:22-cv-22 <br><br> **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE RE PHILLIP ALLAN TRAJAN PEREZ** |
| DAVIS-FROST, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BRENNTAG SPECIALTIES, INC.; BRENNTAG SPECIALTIES, LLC; and BRENNTAG NORTH AMERICA, INC. <br><br> Third-Party Defendants. | |

This matter is before the Court upon the motion of Mark J. Peake of the law firm Caskie & Frost, seeking an Order granting Phillip Allan Trajan Perez of Miller Nash LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of third-party defendants Brenntag Specialties, Inc., now known as Brenntag Specialties, LLC and Brenntag North America, Inc. in the above-captioned case only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Phillip Allan Trajan Perez
Miller Nash LLP
340 Golden Shore, Suite 450
Long Beach, CA 90802
(562) 435-8002
Fax: (562) 435-7967
Trajan.perez@millernash.com

    Entered:  August 2, 2022

    *Robert S. Ballou*

    Robert S. Ballou
    United States Magistrate Judge