CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/2/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| TRINITY TANK CAR, INC., et al.,<br><br>  Plaintiff,<br><br>v.<br><br>DAVIS-FROST, INC.,<br><br>  Defendant. | Civil Action No. 6:22-cv-22<br><br>**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE** |
| DAVIS-FROST, INC.,<br><br>  Third-Party Plaintiff,<br><br>v.<br><br>BRENNTAG SPECIALTIES, INC.;<br>BRENNTAG SPECIALTIES, LLC; and<br>BRENNTAG NORTH AMERICA, INC.<br><br>  Third-Party Defendants. | |

  This matter is before the Court upon the motion of Mark J. Peake of the law firm Caskie & Frost, seeking an Order granting KC Hovda of Miller Nash LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of third-party defendants Brenntag Specialties, Inc., now known as Brenntag Specialties, LLC and Brenntag North America, Inc. in the above-captioned case only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

- 2 -

KC Hovda
Miller Nash LLP
111 SW Fifth Avenue, Suite 3400
Portland, OR 97204
(503) 224-5858
kc.hovda@millernash.com

Entered:  August 2, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge