**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| TRINITY TANK CAR, INC., et al.,<br><br>       Plaintiff,<br><br>v.<br><br>DAVIS-FROST, INC.,<br><br>       Defendant. | **Civil Action No.  6:22-cv-22-NKM-RSB** |

DAVIS-FROST, INC.,

       Third-Party Plaintiff,

v.

BRENNTAG SPECIALTIES, INC.;
BRENNTAG SPECIALTIES, LLC; and
BRENNTAG NORTH AMERICA, INC.

       Third-Party Defendants.

## <u>NOTICE OF APPEARANCE OF KC HOVDA</u>

The undersigned KC Hovda files her appearance on behalf of Third-Party Defendants,

BRENNTAG SPECIALTIES, INC. now known as BRENNTAG SPECIALTIES, LLC and

BRENNTAG NORTH AMERICA, INC. (collectively, "Brenntag"), in the within-captioned

matter and, further, requests copies of future notices in this matter.

Dated:  August 5, 2022     Respectfully submitted,


By: /s/  KC Hovda
   KC Hovda
   (*admitted pro hac vice*)
   Phillip Allan Trajan Perez
   (*admitted pro hac vice*)
   MILLER NASH LLP
   340 Golden Shore, Ste 450
   Long Beach, CA  90802
   Telephone:   562.435.8002
   Facsimile:   562.435.7967
   kc.hovda@millernash.com
   trajan.perez@millernash.com

   *Attorneys for Third-Party Defendants*
   BRENNTAG SPECIALTIES, LLC and
   BRENNTAG NORTH AMERICA, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, effecting service on all counsel of record.

By:   /s/  KC Hovda
          KC Hovda
          (*admitted pro hac vice*)
          Phillip Allan Trajan Perez
          (*admitted pro hac vice*)
          MILLER NASH LLP
          340 Golden Shore, Ste 450
          Long Beach, CA  90802
          Telephone:     562.435.8002
          Facsimile:     562.435.7967
          kc.hovda@millernash.com
          trajan.perez@millernash.com

          *Attorneys for Third-Party Defendants*
          BRENNTAG SPECIALTIES, LLC and
          BRENNTAG NORTH AMERICA, INC