IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/14/2022
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

| | |
|---|---|
| TRINITY TANK CAR, INC., et al., | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| DAVIS-FROST, INC., | ) Civ. Action No. 6:22-cv-00022 |
| *Defendant and Third-Party Plaintiff,* | ) |
| v. | ) |
| BRENNTAG SPECIALTIES, INC., et al., | ) |
| *Third-Party Defendants.* | ) |

## ORDER

This matter comes before the Court on Plaintiffs, Trinity Tank Car, Inc., TrinityRail Maintenance Services, Inc., and Trinity Industries Leasing Company's (collectively, "Trinity Plaintiffs") Consent Motion for Modification of Expert Disclosure Deadlines (the "Consent Motion"). In the Consent Motion, the parties jointly request that the expert disclosure deadlines as previously amended by this Court's July 7, 2022 Order (Dkt. 23), and September 13, 2022 Order (Dkt. 46) be extended to allow for additional factual discovery to take place in advance of expert discovery.

For good cause shown, the Court **GRANTS** the Trinity Plaintiffs' Consent Motion. The Expert Disclosure deadlines set forth in the June 15, 2022 Pretrial Order, as amended by this Court's July 7, 2022 Order and this Court's September 13, 2022 Order, shall be further amended as follows:

| | |
|---|---|
| Trinity Plaintiffs' Initial Expert Disclosure: | December 19, 2022 |
| Third-Party Plaintiff DFI's Initial Expert Disclosure: | February 2, 2023 |
| Defendant DFI's Initial Expert Disclosure: | February 2, 2023 |
| Third-Party Defendant Brenntag's Initial Expert Disclosure: | March 20, 2023 |
| Trinity Plaintiffs' Rebuttal Expert Disclosure: | April 3, 2023 |
| Third-Party Plaintiff DFI's Rebuttal Expert Disclosure: | April 17, 2023 |

All other deadlines set forth in the June 15, 2022 Pretrial Order will remain in place.

IT IS SO **ORDERED**.

Entered:  November 11, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge